Amir Atashi Rang (SBN 227358)
 *amir@arp-law.com*
Jyan Ferng (SBN 209249)
 *jyan@arp-law.com*
THE ATASHI RANG LAW FIRM
100 Spear Street, Suite 1430
San Francisco, CA  94105
Tel. (415) 398-7275
Fax (415) 839-9440

Attorneys for Plaintiff
EMEI WADE


Michele Ballard Miller (SBN 104198)
 *mbm@millerlawgroup.com*
Lisa C. Hamasaki (SBN 197628)
 *lch@millerlawgroup.com*
Noah A. Levin (SBN 263069)
 *nal@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336


Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMEI WADE, an individual,<br><br>             Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, a Delaware corporation; and DOES 1 through 20 inclusive,<br><br>             Defendants. | Case No.:  C 10 0099 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION AND TO APPEAR BEFORE MAGISTRATE JUDGE ELIZABETH D. LAPORTE FOR MANDATORY SETTLEMENT CONFERENCE** |

Plaintiff Emei Wade ("Plaintiff") and Defendant U.S. Bank National Association ("Defendant"), through their respective counsel, agree and stipulate as follows:

WHEREAS, in the parties' April 26, 2010 Case Management Conference, the Court ordered the parties to file a stipulation extending the mediation deadline and selecting a magistrate for settlement purposes by Friday, April 30, 2010.

WHEREAS, the parties are endeavoring to conduct limited discovery prior to mediation in order to facilitate mediation discussion and agree that the current deadline to complete mediation should be modified to provide sufficient time for the parties to conduct such discovery.

WHEREAS, the parties further agree that, in the event a mandatory settlement conference becomes necessary in this matter, such conference shall be held before Magistrate Judge Elizabeth D. LaPorte.

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their respective undersigned attorneys of record, to extend the deadline to complete mediation 45 days to August 20, 2010.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1     IT IS FURTHER STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their respective undersigned attorneys of record, that, in the event a mandatory settlement conference becomes necessary in this matter, such conference shall be held before Magistrate Judge Elizabeth D. LaPorte.

Dated: April 30, 2010

MILLER LAW GROUP
A Professional Corporation

By:  //S//
Lisa C. Hamasaki
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

Dated: April 30, 2010

THE ATASHI RANG LAW FIRM

By: _____
Jyan Ferng
Attorneys for Plaintiff
EMEI WADE

## **ORDER**

Having reviewed the Stipulation executed by Plaintiff Emei Wade and Defendant U.S. Bank National Association and good cause appearing, the Court hereby orders as follows:

1. The parties' deadline to complete mediation is extended to August 20, 2010; and

2. In the event a mandatory settlement conference becomes necessary in this matter, such conference shall be held before Magistrate Judge Elizabeth D. LaPorte.

**IT IS SO ORDERED.**

Dated: _____05/03/10_____     _____



The Honorable Thelton E. Henderson
United States District Judge

4819-4742-7846, v. 2