**United States District Court**
For the Northern District of California

1

2

3

4

5
IN THE UNITED STATES DISTRICT COURT

6
FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8
EMEI WADE,                                              No. C 10-00099 TEH

9
          Plaintiff,                              **ORDER OF DISMISSAL**

10
   v.

11
US BANK NATIONAL ASSOCIATION,

12
          Defendant.
                                              /

13

14
        The Parties hereto, by their counsel, having advised the Court that they have agreed to a

15
settlement of this cause,

16
        IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however,

17
that if any party hereto shall certify to this Court, with proof of service of a copy to opposing

18
counsel, within ninety (90) days from the date of this order, that the agreed consideration for said

19
settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall

20
forthwith be restored to the calendar to be set for trial.

21

22

23
Dated: 06/28/10

24
                                              THELTON E. HENDERSON
                                              UNITED STATES DISTRICT JUDGE

25

26

27

28